**O**

1
2
3
4
5
6
7
8            **UNITED STATES DISTRICT COURT**

9            **CENTRAL DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| DIANE BALLOU, | Case No. 2:12-cv-06324-ODW(JCGx) |
| Plaintiff, | **ORDER DENYING STIPULATION TO CONTINUE SCHEDULING CONFERENCE [17]** |
| v. | |
| LOS ANGELES POLICE DEPARTMENT et al, | |
| Defendants. | |

The parties' joint stipulation to continue the scheduling-conference date in this matter is **DENIED**.   The parties must have met and conferred no later than yesterday (December 17) to prepare a joint Rule 26(f), which must be filed no later than Monday, December 24, 2012.  (*See* ECF No. 14.)  Failure to file a joint Rule 26(f) report on or before December 24 will result in dismissal of this action.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

The January 7, 2012 scheduling conference, however, is hereby **VACATED**, and no appearances are necessary.  The Court will set a case-management schedule in this matter on the basis of the parties' 26(f) report.

**IT IS SO ORDERED.**

December 18, 2012

_____
                              **OTIS D. WRIGHT, II**
                    **UNITED STATES DISTRICT JUDGE**