O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANE BALLOU, <br><br>　　　　　　Plaintiff, <br>　　v. <br><br>LOS ANGELES POLICE DEPARTMENT et al, <br><br>　　　　　　Defendants. | Case No. 2:12-cv-06324-ODW(JCGx) <br><br>**ORDER DENYING STIPULATION TO CONTINUE SCHEDULING CONFERENCE [17]** |

The parties' joint stipulation to continue the scheduling-conference date in this matter is **DENIED**.  The parties must have met and conferred no later than yesterday (December 17) to prepare a joint Rule 26(f), which must be filed no later than Monday, December 24, 2012.  (*See* ECF No. 14.)  Failure to file a joint Rule 26(f) report on or before December 24 will result in dismissal of this action.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1 | The January 7, 2012 scheduling conference, however, is hereby **VACATED**,
2 | and no appearances are necessary.  The Court will set a case-management schedule in
3 | this matter on the basis of the parties' 26(f) report.

5 | **IT IS SO ORDERED.**

7 | December 18, 2012

```
                         _____
                              OTIS D. WRIGHT, II
                         UNITED STATES DISTRICT JUDGE
```

2