O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| DIANE BALLOU | Case No. 2:12-cv-06324-ODW(JCGx) |
|---|---|
| Plaintiff, | **ORDER TO SHOW CAUSE RE SETTLEMENT** |
| v. | |
| LOS ANGELES POLICE DEPARTMENT et al. | |
| Defendants. | |

The Court hereby **AMENDS** its previous Order to Show Cause. (ECF No. 31.) The Court has no interest in monitoring parties' compliance with the terms of a settlement agreement. Given that these parties have settled the matter, this case should be dismissed. Any failure to satisfy the terms of the parties' settlement agreement, including payment, should be enforced in a subsequent lawsuit.

Therefore, the Court **ORDERS** the parties to show cause, by May 1, 2013 at 1:30 pm, why the parties cannot stipulate to dismissal of this case. This OSC hearing will be vacated upon the filing of a stipulation and proposed order of dismissal.

**IT IS SO ORDERED.**

April 24, 2013

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**